# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| RON AND CINDY JOHNSON, INDIVIDUALLY, AND AS GUARDIANS OF AND NEXT FRIENDS OF STEPHEN JOHNSON, NCM, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED HEALTHCARE INSURANCE CO., ET AL., <br><br> Defendants. | § § § § § § § § § § § § § § | Civil Action No.: 4:18-cv-00591 |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 17, 2018, the report of the Magistrate Judge (Dkt. #9) was entered containing proposed findings of fact and recommendations that Defendants Examworks, LLC., Examworks Clinical Solutions, LLC., Examworks Group, Inc., and Leonard Green & Partners, L.P., be dismissed from this action without prejudice based upon the Plaintiffs' Notice of Dismissal Without Prejudice of Certain Defendants (the "Notice of Dismissal") (Dkt. #8). *See id*.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that Defendants Examworks, LLC., Examworks Clinical Solutions, LLC., Examworks Group, Inc., and Leonard

Green & Partners, L.P., are **DISMISSED WITHOUT PREJUDICE**, with costs taxed against the party incurring the same.

Plaintiffs' claims against the remaining Defendants remain pending remain pending at this time.

**IT IS SO ORDERED**.

SIGNED this 3rd day of October, 2018.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE