# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| RON AND CINDY JOHNSON, *individually and as guardians of and next friends of* STEPHEN JOHNSON, NCM, | § § § § § | |
| Plaintiffs, | § § | Civil Action No.: 4:18-cv-00591 |
| v. | § § | |
| UNITED HEALTHCARE INSURANCE CO., and ADVANCED MEDICAL REVIEWS, LLC, | § § § § | |
| Defendants. | § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 21, 2019, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #65) that the Joint Motion for Approval of Settlement (the "Joint Motion") (Dkt. #60) be **GRANTED**. In the Joint Motion, Plaintiffs Ron and Cindy Johnson, individually and as guardians and next friends of Stephen Johnson, NCM (collectively, "Plaintiffs"), and Defendant UnitedHealthcare Insurance Company ("UHIC") (collectively, the "Moving Parties") request that the Court approve the settlement agreement between the Moving Parties (the "Settlement Agreement"), reviewed *in camera*, and subsequently at a hearing, by the United States Magistrate Judge. *See* Dkt. #60.

Having received the Report of the United States Magistrate Judge, and the parties having waived the objection period, the Court is of the opinion that the findings and conclusions of the

Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, the Joint Motion for Approval of Settlement (Dkt. #60) is **GRANTED**. The Settlement Agreement between the Moving Parties is **APPROVED**.

Plaintiffs' claims against Defendant UnitedHealthcare Insurance Company are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

 **SIGNED** this 25th day of June, 2019.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE